**Order entered November 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00439-CV

**JOHN PANIAGUA; AND HERMELINDA MARAVILLA CORONA AND JOSE CAMERINO MARAVILLA, SR., INDIVIDUALLY, AS PERSONAL REPRESENTATIVES OF THE ESTATE OF JOSE CAMERINO MARAVILLA, DECEASED, ET AL., Appellants**

**V.**

**WEEKLEY HOMES, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02097**

## ORDER

Before the Court is appellants' November 20, 2019 unopposed second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief due no later than December 11, 2019. Appellants are cautioned that the failure to file a brief by that date may result in the appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    ERIN A. NOWELL
        JUSTICE